**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT JACKSON**

**JULY 1996 SESSION**



**FILED**

**March 24, 2008**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | **C.C.A. No. 02C01-9601-CC-00005** |
| | ) | |
| **Appellant,** | ) | |
| | ) | **CARROLL COUNTY** |
| **VS.** | ) | |
| | ) | **HON. C. CREED McGINLEY, JUDGE** |
| **CAROLYN L. CURRY,** | ) | |
| | ) | |
| **Appellee.** | ) | **(Rule 9 Appeal - Pretrial Diversion)** |


### C O N C U R R I N G    O P I N I O N


I concur with the majority opinion and also with Judge Welles' concurring opinion.

_____
CORNELIA A. CLARK, SPECIAL JUDGE